UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CESAR GARCIA-ALMANZA and
ADRIANA PLAZA-CASILLAS,

Defendants.

25-CR-595 (DEH)

SCHEDULING ORDER

DALE E. HO, United States District Judge:

It is hereby ORDERED that the parties appear for an arraignment and initial conference

with the Court on January 7, 2026, at 2:00 p.m., in Courtroom 905 of the Thurgood Marshall

Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: January 5, 2026
New York, New York

_____
DALE E. HO
United States District Judge