

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 7, 2026

**BY ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *United States v. Cesar Garcia-Almanza, et al.*, 25 Cr. 595 (DEH)

Dear Judge Ho:

The Government requests that the Court adjourn the status conference currently scheduled for May 13, 2026, to a date on or after July 13, 2026.  Counsel for Mr. Garcia-Almanza and Ms. Sanchez both consent to this request and to the exclusion of time through the date of the next conference.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    _____
William K. Stone
Assistant United States Attorney
(212) 637-2521

cc:    Roberto Finzi, Esq. (counsel for Georgina Sanchez) by ECF
Christopher Wright, Esq. (counsel for Cesar Garcia-Almanza) by ECF

Application **GRANTED**.  The conference previously scheduled for May 13, 2026, is adjourned to **July 13, 2026, at 10:30 a.m.**  The Court hereby excludes time through July 13, 2026, under the Speedy Trial Act 18 USC § 3161(h)(7)(A).  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendants in a speedy trial, because it will permit time for the parties to discuss a potential pretrial resolution of this matter. The Clerk of Court is directed to close ECF No. 39.  **SO ORDERED.**

Dated: May 8, 2026
New York, New York

Dale E. Ho
United States District Judge