PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Roberto Finzi**
**Direct Dial:** +1 212 373 3311
**Email:** rfinzi@paulweiss.com

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

September 11, 2026

**VIA ECF**

The Honorable Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square, Courtroom 905
New York, NY 10007

Re: *United States* v. *Garcia-Almanza et al*,
No. 25-CR-595 (DEH)

Dear Judge Ho:

We are CJA counsel to defendant Georgina Sanchez in the above-referenced matter. Ms. Sanchez intends to plead guilty in this case, and for the reasons that follow, we write to respectfully request that the Court either authorize a virtual plea hearing or, in the alternative, consolidate the plea and sentencing into a single proceeding. This request is driven by an effort to avoid requiring that Ms. Sanchez, who resides in California and is of limited means, make two cross-country trips to attend court proceedings.

As this Court may recall, Ms. Sanchez has resided in the Central District of California since her release on bail on December 22, 2025. She has been living there without incident since then, works full time packaging and checking orders at a furniture warehouse company, and is in regular communication with her assigned Probation Officer.

Cross-country travel to the Southern District of New York imposes significant burdens on Ms. Sanchez. Those burdens include the costs of airfare and accommodations (she has no family or contacts with whom she could stay in New York) and would require that she take time off work. In light of these burdens—and so that Ms. Sanchez can make a single trip to New York rather than two—we respectfully request that either (i) Ms. Sanchez be permitted to plead guilty via video conference; or (ii) that the Court order that her plea and sentencing occur on the same day, with the PSR to be prepared in advance of that date.

With respect to the second option, we have been made aware of the attached form, through which the defense consents to a presentence investigation by Probation before a guilty plea, which we would of course be prepared to execute.

We have spoken to the government about both of these options. We have been informed that the government takes no position as to the first option, and that the government and Probation consent to the second option. (We understand that Probation was not consulted on the first request because it does not affect their work.)

Respectfully,

*/s/ Roberto Finzi*
Roberto Finzi

cc: AUSA William Stone (by email)

Application **GRANTED IN PART.** The Court hereby grants Defendant's request to consolidate the plea and sentencing into a single proceeding. The parties are directed to meet and confer and provide dates of availability for the joint hearing by September 16, 2026. The parties are also directed to state if there is a motion to exclude time from the Speedy Trial Act calculation, and whether the Defendant consents to the motion. The Clerk of Court is respectfully directed to close ECF No. 57.
**SO ORDERED.**

Dated: September 14, 2026
New York, New York

Dale E. Ho
United States District Court

# EXHIBIT A

PROB 13E
(9/87)

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**Consent to Institute a Presentence Investigation and Disclose the Report Before Conviction or Plea of Guilty**

I, Georgina Sanchez, hereby consent
(Name of Defendant)
to a presentence investigation by the probation officers of the United States district courts. I understand and agree that the report of the investigation will be disclosed to the judge and the attorney for the government, as well as to me and my attorney, so that it may be considered by the judge in deciding whether to accept a plea agreement that I have reached with the government.

I have read, or had read to me, the foregoing consent and fully understand it.

(Date) (Signature of Defendant)

(Date) (Defendant's Attorney)

Print Save As... Export Import Reset