UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CESAR GARCIA-ALMANZA,

Defendant.

25-CR-595 (DEH)

ORDER

DALE E. HO, United States District Judge:

Due to a conflict ion the Court's calendar it is hereby **ORDERED** that the conference previously scheduled for November 10, 2026, is **ADJOURNED** to **November 13, 2026,** at **10:00 a.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. The Court excludes time under the Speedy Trial Act calculation between today and November 13, 2026, finding that the purposes of excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will provide time for the parties to continue to discuss a potential pretrial resolution in this matter.

SO ORDERED.

Dated: September 28, 2026
New York, New York

DALE E. HO
United States District Judge