MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 9, 2026

**BY ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Cesar Garcia-Almanza*, 25 Cr. 595 (DEH)**

Dear Judge Ho:

The parties respectfully request that the Court adjourn the pretrial conference currently scheduled for November 13, 2026, to a date approximately 60 days out, at which point the parties expect to have reached a pretrial resolution. The Government also respectfully requests that the Court exclude time through that date so that the parties can continue to discuss a pretrial resolution to this matter. Defense counsel for Cesar Garcia-Almanza consents to the exclusion of time.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ______________________
William K. Stone
Assistant United States Attorney
(212) 637-2521

cc: Christopher Wright, Esq. (counsel for Cesar Garcia-Almanza) by ECF

Application **GRANTED.** The conference previously scheduled for November 13, 2026, is hereby adjourned to **January 12, 2027, at 10:30 a.m.** The Court hereby excludes time from the Speedy Trial Act calculation through January 12, 2027. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendants in a speedy trial because it will permit time for the parties to continue to discuss a potential pretrial resolution in this matter. **SO ORDERED.**

Dated: November 9, 2026
New York, New York

Dale E. Ho
United States District Judge